```
                                            FILED
                                        07 JUN 12 PM 3:28
1  KAREN P. HEWITT
   United States Attorney                CLERK, U.S. DISTRICT COURT
2  STEVEN E. STONE                       SOUTHERN DISTRICT OF CALIFORNIA
   Assistant U.S. Attorney
3  Federal Office Building               BY:      POC       DEPUTY
   880 Front Street, Room 6293
4  San Diego, California  92101-8893
   Telephone:  (619) 557-7039
5
   Attorneys for Plaintiff
6  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. <u>07CR1465-BTM</u> |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | <u>APPLICATION FOR ARREST WARRANT</u> |
| CLEMENTINE ESTRADA, | ) | |
| Defendant. | ) | |

  The United States Attorney's Office through its attorney of record on the above-entitled case requests this court issue an arrest warrant for the defendant in the above-entitled case.

  The request is based on the instant case where the defendant is charged with conspiracy, mail fraud, and wire fraud; in violation of Title 18, United States Code, Sections 371, 1341 and 1343.

//
//
//
//
//
//

  The indictment was returned by the Federal Grand Jury on June 7, 2007. At the time the indictment was returned, the United States Attorney's Office through the Grand Jury requested an arrest warrant for the defendant, but inadvertently placed the wrong name on the True Bill for the person to be arrested. The defendant's present whereabouts are unknown.

  DATED: June 8, 2007.

>                           Respectfully submitted,
>
>                           KAREN P. HEWITT
>                           United States Attorney
>
>                           *(signature)*
>                           STEVEN E. STONE
>                           Assistant U.S. Attorney

## O R D E R

  For the above-stated reasons, it is hereby ordered that an arrest warrant be issued for the above-named defendant in this case.

  IT IS SO ORDERED.

  DATED: 6/11/07

>                           *(signature)*
>                           HONORABLE BARBARA L. MAJOR
>                           United States Magistrate Judge

2