# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>CLEMENTINE ANITA ESTRADA,<br><br>    Defendant. | CASE NO. 07cr1465 BTM<br><br>**ORDER DENYING PETITION FOR MISCELLANEOUS RELIEF** |

Defendant has filed a "Petition in the Nature of a Motion by Special Appearance for an Instant Hearing for Karen P. Hewitt, U.S. Attorney under Penalty of Perjury and Full Commercial Liability to Certify the Charges of Case No. 07cr1465 BTM Against Petitioner, and for Barry T. Moskowitz, Karen P. Hewitt and W. Smauel [Sic] Hamrick, Jr. to Certify Petitioner's Liability to Statutes Therein and to Identify the Defendant under Oath, or Show Cause Why Case No. 07cr1465 Btm Should Not Be Dismissed for Failure to Prosecute."

Defendant's Petition is nonsensical and fails to identify any legitimate legal issues upon which the Court can grant relief.   Therefore, Petitioner's Petition is **DENIED**.

**IT IS SO ORDERED.**

DATED:  September 5, 2007

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge

1                                                                                07cr1465 BTM